IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICKY ALLEN KANE,<br><br>Defendant. | 8:23CR4<br><br>ORDER |

      This matter is before the court on the motion of Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Ricky Allen Kane (Filing No. 37). Jeffrey L. Thomas represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Jeffrey L. Thomas' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 37) is granted.

      Michael J. Tasset, P.O. Box 62, Oakland, Nebraska 68045, (402) 685-5647, is appointed to represent Ricky Allen Kane for the balance of these proceedings pursuant to the Criminal Justice Act. Jeffrey L. Thomas shall forthwith provide Michael J. Tasset with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to Ricky Allen Kane's defense.

      The clerk shall provide a copy of this order to the defendant and Michael J. Tasset. Mr. Tasset shall file his appearance forthwith.

      **IT IS SO ORDERED.**

      Dated this 17th day of April, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge