IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICKY ALLEN KANE,<br><br>  Defendant. | 8:23CR4<br><br>**ORDER** |

This matter is before the Court on the Unopposed Motion to Continue Trial (Filing No. 106). Pursuant to the hearing held on January 10, 2025, Magistrate Judge Carson addressed with the parties the case status, including potential resolution and likely change of plea, which will be forthcoming. Good cause exists for further continuance and the court finds pursuant to 18 U.S.C § 3161(h)(7), the ends of justice are served by granting a continuance. Defendant consents and seeks additional time to consider a plea offer from the government. Failure to grant the motion would deny counsel the reasonable time necessary for effective preparation, considering the exercise of due diligence, and outweighs the best interests of the public and the defendant in a speedy trial. Therefore,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 106) is granted as follows:

1. The jury trial now set for January 21, 2025, is continued to **March 24, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 24, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 10th day of January 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.* (signature)

Robert F. Rossiter, Jr.
Chief United States District Judge