IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY ALLEN KANE,<br><br>Defendant. | **8:23CR4**<br><br>**ORDER** |

Before the Court is non-party Lauren Boukal's Request for Transcript (Filing No. 142) of the sentencing hearing held February 5, 2026.

IT IS ORDERED:

1.  The Request for Transcript (Filing No. 142) is granted.

2.  Lauren Boukal must contact court reporter Sue DeVetter at suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript. Lauren Boukal will be responsible for that transcript cost.

3.  The Clerk's Office is directed to mail a copy of this order to Lauren Boukal at 7515 Girard Street, Omaha, Nebraska 68122.

4.  The Clerk's Office is directed to email copies of the Request for Transcript and this Order to Sue DeVetter.

Dated this 24th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge