IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:23CR4** |
| vs. | |
| RICKY ALLEN KANE | **ORDER** |
| Defendant. | |

This matter is before the court on Defendant Ricky Allen Kane's pro se motion requesting the court provided him with a copy of the plea agreement, docket sheet, and judgment and sentence entered in this case. (Filing No. 141). The defendant is indigent and requests the court waive any fees associated with the costs of copies. The defendant asserts he was unable to bring legal documents with him during transportation within the Federal Bureau of Prisons due to BOP policies. The defendant was sentenced and a judgment was entered on February 6, 2026. (Filing No. 136, Minute Entry, Filing No. 139). The time to file an appeal has expired. Other than the defendant's current motion for free copies, there are no pending motions or appeals in this matter, and the defendant makes no showing as to why he needs these copies, other than to "proceed in any of my post conviction relief options." (Filing No. 141).

An individual does not have the right to receive copies of documents without payment, even if they are indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). *Wallace v. United States,* No. 1:24-CV-41-SNLJ, 2024

1

WL 2746650 (E.D. Mo. May 29, 2024); *United States v. Linderman,* No. CR 07-359, 2020 WL 264144 (D. Minn. Jan. 17, 2020); *see also* NECrimR 55.1.  Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. Therefore, the Court is not inclined to order a copy of the requested court documents at the government's expense. Accordingly,

IT IS ORDERED

1.  The defendant's motion for free copies, Filing No. 141, is denied.

2.  The Clerk of the Court is directed to mail a copy of this order to the defendant at his address of record.

3.  The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of the copies in this matter. Copies will not be provided without prepayment.

Dated this 27th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge

2